ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 MAY 23  PM 1:48

DEPUTY CLERK ___MS___

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-23CR0215-X |
| DANISHA RENEE JONES | |

### INDICTMENT

The Grand Jury charges:

Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about March 21, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Danisha Renee Jones**, knowing that she had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus, model G2c, 9mm caliber pistol, bearing serial number 1C084514.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Danisha Renee Jones**, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

This property includes, but is not limited to, the following:

1. a Taurus, model G2c, 9mm caliber pistol, bearing serial number 1C084514, and any ammunition recovered with the firearm.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
L. RACHAEL JONES
Assistant United States Attorney
Texas State Bar No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8614
Facsimile: 214-659-8803
Email: rachael.jones@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DANISHA RENEE JONES

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
Possession of a Firearm by a Convicted Felon
(Count 1)

Forfeiture Notice
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1 Count

A true bill rendered

DALLAS                                                        FOREPERSON

Filed in open court this 23 day of May, 2023.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   3:23-MJ-321-BH